# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Harold Allen,<br>    Plaintiff<br><br>v.<br><br>Bill Me Later, Inc.,<br>    Defendant | Docket 3:16-cv-02359-WJN<br><br>(JUDGE WILLIAM J. NEALON)<br><br><br>FILED ELECTRONICALLY |

## NOTICE OF SETTLEMENT

The parties have reached a settlement in principle, subject to the drafting and execution of a mutually agreeable settlement agreement. The parties anticipate that the settlement will be completed within 90 days.

*s/ Brett Freeman*
Brett Freeman
Bar Number PA308834
Attorney for Plaintiff
SABATINI LAW FIRM, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email bfecf@sabatinilawfirm.com

## CERTIFICATE OF SERVICE

Service is being effectuated via the CM/ECF system.

*s/ Brett Freeman*
Brett Freeman