# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD ALLEN, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:16-CV-2359 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| BILL ME LATER, INC. d/b/a | : | |
| PAYPAL CREDIT, | : | |
|     Defendant | : | |

## ORDER

**AND NOW, THIS 28TH DAY OF AUGUST, 2017,** upon consideration of Plaintiff's notice of settlement, which states that "[t]he parties have reached a settlement in principle, subject to the drafting and execution of a mutually agreeable settlement agreement," (Doc. 15), **IT IS HEREBY ORDERED THAT:**

1. The above-captioned action is **DISMISSED** without prejudice to the right, upon good cause shown within ninety (90) days from the date of this Order, to reinstate the action if the settlement is not consummated;

2. Defendant's motion to stay, (Doc. 9), is **DISMISSED** as **MOOT**; and

3. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**